**Order filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00712-CV
_____

### DATRIL BOSTON D/B/A MR. DAY RENTS AND APARTMENT EXPRESS, LLC, Appellant

### V.

### LESLIE W.M. ADAMS, ATTORNEY AT LAW, PLLC D/B/A LESLIE W.M. ADAMS & ASSOCIATES, Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-21074**

## ORDER

The notice of appeal in this case was filed September 5, 2019. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. See Tex. R. Civ. P. 145. On October 14, 2019, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that he/she has made arrangements to pay for the clerk's record on or before **December 20, 2019**. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).


PER CURIAM


Panel Consists of Justices Chief Justice Frost and Justices Christopher and Bourliot.